IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEWAYNE McNAIR, | § | |
| | § | No. 578, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | in and for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1212003086A |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 27, 2017
Decided: October 2, 2017

Before **STRINE**, Chief Justice; **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

This 2nd day of October 2017, having considered the briefs and the record below, it appears to the Court that the Superior Court's judgment of conviction should be affirmed on the basis of and for the reasons assigned in the Superior Court's February 1, 2016 Order[1] denying the Defendant's Motion for New Trial.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

/s/ *Gary F. Traynor*
Justice

---

[1] *State v. McNair*, 2016 WL 424999 (Del. Super. Ct. Feb. 1, 2016).